

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

# ORDER

Appellate case name:       *In re Cox Ventures, Inc. d/b/a/ Media, Ink*, Relator

Appellate case number:    01-12-00879-CV

Trial court:               Original Proceeding on Petition for Writ of Mandamus from *KNG, LLC d/b/a/ Texas Direct Bindery & Letterpress v. Cox Ventures, Inc. d/b/a/ Media, Ink*, No. 1002161 in County Civil Court at Law, No. 1 of Harris County, Texas, the Hon. Debra Ibarra Mayfield presiding.

On September 28, 2012, relator, Cox Ventures, Inc. d/b/a/ Media, Ink filed a petition for writ of mandamus and motion for temporary relief. The motion for temporary relief is **GRANTED**. Respondent's September 21, 2012 order is **STAYED**.

Judge's signature:    /s/ Jim Sharp, Jr.

Date:    October 26, 2012